Rockingham,
No. 6232.

RICHARD D. BENTON *& a.*

*v.*

EDWARD P. O'BRIEN.

October 5, 1971.

*Soule & Leslie,* for the plaintiffs, filed no brief.

*Sayer & Giordano,* for the defendant, filed no brief.

Memorandum Opinion

Exceptions by defendant to rulings and decree for plaintiffs enjoining the defendant from operating a junk yard in the town of Chester. No error has been brought to our attention and examination of the record discloses none.

*Defendant's exceptions overruled; remanded.*